**McALLISTER BROTHERS, Inc., as owner of the Scow McALLISTER NO. 79, Libellant-Appellee, v. The Tug JAMES J. MURRAY and Great Lakes Dredge & Dock Company, Claimant-Respondent-Appellant; The Tug JAMES McALLISTER, McAllister Lighterage Line, Inc., Impleaded-Appellee.**

No. 248.

Circuit Court of Appeals, Second Circuit.

April 23, 1942.

Hagen & Eidenbach, of New York City (Charles W. Hagen, Henry C. Eidenbach, and Nelson J. Johnson, all of New York City, of counsel), for Great Lakes Dredge & Dock Co., claimant of the Tug James J. Murray, appellant.

Dow, McAllister & Symmers, of New York City (Gerard M. McAllister, of New York City, of counsel), for McAllister Lighterage Line, Inc., claimant, and the Tug James McAllister, impleaded appellee.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree, 42 F.Supp. 62, affirmed on opinion below.

**Clifford C. ANGLIM, as Collector of Internal Revenue, etc., v. Ralph W. KINNEY.**

No. 10081.

Circuit Court of Appeals, Ninth Circuit.

March 11, 1942.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Edward Hale Julien, of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein 43 F.Supp. 431, dismissed, that a judgment be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.

**Frank BIRD, alias Frank Murray, Appellant, v. UNITED STATES of America, Appellee.**

No. 9015.

Circuit Court of Appeals, Sixth Circuit.

March 10, 1942.

Frank Bird, in pro. per.

E. B. Freed, of Cleveland, Ohio, for appellee.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs in the above cause, and it appearing to the court that there is no infirmity in the sentence imposed upon the appellant, it is ordered that the sentence and judgment be and they are hereby affirmed.